FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 OCT 13 AM 10: 51

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| JAMES DANIEL KENNEDY, | ) |
| Movant, | ) |
| v. | ) Case No. CV610-038 |
| | ) CR606-007 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _13_ day of _October_, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA